

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

```
------------------------------------------------------------x
IN RE:    Letter Rogatory from the                          )    MC-03-151
          Court of the Principal Special Judge for          )
          Central Bureau Investigation Cases Chennai, India )    NO. _____
          For Assistance in the Criminal Matter of          )
          M. Gopalakrishnan                                 )
------------------------------------------------------------x
```

United States Courts
Southern District of Texas
ENTERED

APR 0 9 2003

Michael N. Milby, Clerk of Court

O R D E R

On the application of the United States, in support of a letter rogatory by India in a criminal matter from the Court of the Principal Special Judge for Central Bureau Investigation Cases Chennai, India,

Quincy L. Ollison, is appointed as a Commissioner of this Court to execute the letter rogatory.

1. Take necessary steps, including issuance of commissioner's subpoenas, to collect evidence and secure the appearance of individuals;

2. Notify with respect to the appearance of individuals and collection of evidence to those persons identified in the request;

3. Secure the appearance of individuals and collect evidence requested consistent with its use as evidence before a tribunal in India, as specified in the request, by the requesting court, or by a representative of India;

4. Seek further orders to execute this request; and

5. Certify and submit the evidence collected to the Office of International Affairs,



Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to India.

In collecting the evidence, the Commissioner may be accompanied by Special Agents of the F.B.I..

                                                                                            _____
                                                                                            UNITED STATES DISTRICT JUDGE

Dated: _____April 8, 2003_____